

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY,
### OKLAHOMA

David Estrada,
    Plaintiff,
v.
Bill Davis Trucking Inc.;
IAT Insurance Group; and
Roger Lynn Canard, an individual,
    Defendant.

No. CJ-2021-269
(Civil relief more than $10,000: AUTO NEGLIGENCE)

Filed: 01/21/2021

Judge: Ogden, Richard

# PARTIES

Bill Davis Trucking Inc, Defendant
Canard, Roger Lynn, Defendant
Estrada, David, Plaintiff
Iat Insurance Group, Defendant

# ATTORNEYS

### Attorney
Dobbs, James W (Bar #14995)
HOLLADAY & CHILTON, P.L.L.C.
204 N. ROBINSON AVE, SUITE 1550
OKLAHOMA CITY, OK 73102

### Represented Parties
Bill Davis Trucking Inc,
Canard, Roger Lynn
Iat Insurance Group,

| Attorney | Represented Parties |
|---|---|
| WALTERS, AUSTIN C (Bar #33363)<br>DENTON LAW FIRM<br>925 WEST STATE HIGHWAY 152<br>MUSTANG, OK 73064 | Estrada, David |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: AUTO NEGLIGENCE (AUTONEG)
Filed By: Estrada, David
Filed Date: 01/21/2021

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-21-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 01-21-2021 | AUTONEG | AUTO NEGLIGENCE | | | |
| 01-21-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 01-21-2021 | PFE1 | PETITION | | | $ 163.00 |
| 01-21-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 01-21-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 01-21-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 01-21-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 01-21-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 01-21-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 01-21-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 01-21-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 01-21-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 01-21-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 01-21-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 01-21-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 01-21-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 01-21-2021 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 01-21-2021 | SMF | 3X SUMMONS FEE | | | $ 30.00 |
| 01-21-2021 | P | PETITION<br>Document Available (#1048690505) 📄TIFF 📄PDF | | | |
| 01-21-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OGDEN, RICHARD TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-21-2021 | ACCOUNT | RECEIPT # 2021-4934621 ON 01/21/2021. PAYOR: DENTON LAW FIRM TOTAL AMOUNT PAID: $ 272.14.<br>LINE ITEMS:<br>CJ-2021-269: $193.00 ON AC01 CLERK FEES.<br>CJ-2021-269: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2021-269: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2021-269: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2021-269: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2021-269: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2021-269: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2021-269: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2021-269: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2021-269: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2021-269: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2021-269: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 02-11-2021 | RET | RETURN OF SERVICE<br>Document Available (#1048663279) 📄TIFF 📄PDF | | | |
| 02-11-2021 | RET | RETURN OF SERVICE<br>Document Available (#1048663283) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 02-12-2021 | EAA | ENTRY OF APPEARANCE OF JAMES DOBBS FOR DEFENDANTS<br>Document Available (#1048663326) 📄TIFF 📄PDF | | | |